ACCEPTED
15-25-00022-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
4/7/2025 3:34 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00022-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
4/7/2025 3:34:35 PM
CHRISTOPHER A. PRINE
Clerk

In the Court of Appeals
for the Fifteenth Judicial District
Austin, Texas

---

**City of Coppell, Texas, the City of Humble, Texas, the City of DeSoto, Texas, the City of Carrollton, Texas, and the City of Farmers Branch, Texas**
*Appellants/Cross-Appellees,*

**v.**

**Glenn Hegar, in his official capacity as Texas Comptroller of Public Accounts**
*Appellee/Cross-Appellant.*

---

On Appeal from the 201st Judicial District Court, Travis County, Texas
Cause Number D-1-GN-21-003198; consolidated with D-1-GN-21-003203

---

**Appellee/Cross-Appellant's Amended Notice of Designation of Lead Counsel and Co-Counsel**

---

Pursuant to Texas Rule of Appellate Procedure 6.1(c) Appellee/Cross-Appellant, Glenn Hegar, in his official capacity as Texas Comptroller of Public Accounts, designates Deborah J. Rao, Assistant Attorney General of the Office of the Attorney General of Texas as lead counsel in this appeal.

Kyle Pierce Counce, Deputy Division Chief for the Tax Litigation Division of the Office of the Attorney General of Texas, whose signature first appeared on the first document filed in the appellate court on behalf of Appellee/Cross-Appellant, is designated as co-counsel for Appellee/Cross-Appellant. The signature of Kyle Pierce Counce appears below in compliance with Texas Rule of Appellate Procedure 6.1(c).

Please send all communications regarding this appeal to:

Deborah J. Rao
Assistant Attorney General
Tel: (512) 475-3503
deborah.rao@oag.texas.gov

Kyle Pierce Counce
Deputy Division Chief
Tel: (512) 463-3112
kyle.counce@oag.texas.gov

Tax Litigation Division
Office of the Attorney General of Texas
P.O. Box 12548
Austin, Texas 78711
Fax: 512-478-4013

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

STEVEN ROBINSON
Chief, Tax Litigation Division

*/s/ Deborah J. Rao*
DEBORAH J. RAO
Assistant Attorney General
Texas State Bar No. 24131915
Tel: (512) 475-3503
deborah.rao@oag.texas.gov

KYLE PIERCE COUNCE
Deputy Division Chief
Texas State Bar No. 24082862
Tel:(512) 463-3112
kyle.counce@oag.texas.gov

Tax Litigation Division
P. O. Box 12548
Austin, Texas 78711-2548
Fax: (512) 478-4013

*Counsel for Appellee/Cross-Appellant Glenn Hegar, in his official capacity as Texas Comptroller of Public Accounts*

AGREED TO DESIGNATION:

/s/ *Kyle Pierce Counce (with permission D.J.R.)*
KYLE PIERCE COUNCE

<u>**CERTIFICATE OF SERVICE**</u>

I certify that on April 7, 2025, a copy of the foregoing notice was served on all attorneys of record listed below via electronic service.

James B. Harris
E-mail: james.harris@hklaw.com
Stephen F. Fink
E-mail: stephen.fink@hklaw.com
Richard B. Phillips, Jr.
Email: rich.phillips@hklaw.com
Reed C. Randel
E-mail: reed.randel@hklaw.com

HOLLAND & KNIGHT LLP
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Telephone: 214.969.1700
Fax: 214.969.1751

Brandon L. King
E-mail: brandon.king@hklaw.com

HOLLAND & KNIGHT LLP
98 San Jacinto Boulevard, Suite 1900
Austin, Texas 78701
Telephone: 512.469.6126
Fax: 512.482.5009

*Counsel for City of Coppell, City of Humble, City of DeSoto, City of Carrollton, City of Farmers Branch*

Cindy Olson Bourland
bourland@bourlandlaw.com
BOURLAND LAW FIRM, PC
P.O. Box 546
Round Rock, Texas 78680

Bryan Dotson
Bryan.dotson@chamberlainlaw.com
CHAMBERLAIN, HRDLICKA,
WHITE, WILLIAMS, & AUGHTRY,
P.C.
112 East Pecan Street, Suite 1450
San Antonio, Texas 78205
Telephone: (210) 278-5844
Facsimile: (210) 253-8384

***Counsel for City of Round Rock***

             */s/ Deborah J. Rao*
             DEBORAH J. RAO
             Assistant Attorney General

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

David Neuman on behalf of Deborah Rao
Bar No. 24131915
david.neuman@oag.texas.gov
Envelope ID: 99369561
Filing Code Description: Other Document
Filing Description: Appellees Amended Notice of Designation
Status as of 4/7/2025 3:46 PM CST

Associated Case Party: City of Coppell, Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Richard Phillips | 24032833 | Rich.Phillips@hklaw.com | 4/7/2025 3:34:35 PM | SENT |
| Reed Randel | 24075780 | Reed.Randel@hklaw.com | 4/7/2025 3:34:35 PM | SENT |
| Stephen Fink | 7013500 | Stephen.Fink@hklaw.com | 4/7/2025 3:34:35 PM | SENT |
| James Harris | 9065400 | jim.harris@hklaw.com | 4/7/2025 3:34:35 PM | SENT |

Associated Case Party: Glenn Hegar, in his official capacity as Texas Comptroller of Public Accounts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Ray Langenberg | 11911200 | ray.langenberg@cpa.texas.gov | 4/7/2025 3:34:35 PM | SENT |
| Deborah Rao | 24131915 | deborah.rao@oag.texas.gov | 4/7/2025 3:34:35 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Brandon L.King | | brandon.king@hklaw.com | 4/7/2025 3:34:35 PM | SENT |
| Kyle PierceCounce | | kyle.counce@oag.texas.gov | 4/7/2025 3:34:35 PM | SENT |
| Cynthia Bourland | 790343 | bourland@bourlandlaw.com | 4/7/2025 3:34:35 PM | SENT |
| Bryan Dotson | 24072769 | bryan.dotson@chamberlainlaw.com | 4/7/2025 3:34:35 PM | SENT |